1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ALAN KNUTTI,<br><br>             Plaintiff,<br><br>     vs.<br><br>FIA CARD SERVICES, NATIONAL ASSOCIATION an FDIC insured corporation and DOES 1 to 100, inclusive,<br><br>             Defendants. | Case No.: 5:13-cv-01151-PSG<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   February 13, 2013<br>FAC Filed:            May 15, 2013<br><br>The Honorable Paul S. Grewal |

## [PROPOSED] ORDER

The Court, having reviewed and considered Plaintiff Alan Knutti and Defendant FIA Card Services, National Association's Stipulated Request for Dismissal with Prejudice, and good cause appearing therefore, hereby orders that the above-captioned action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.

**IT IS SO ORDERED**.

DATED: April 7, 2014

_____
The Honorable Paul S. Grewal
United States Magistrate Judge